**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| JAMES TODD and<br>VENDA LEE TODD | PLAINTIFFS |
| v.   Case No. 4:09CV00336 JLH | |
| D&D FOODS, INC. d/b/a MCDONALD'S; and<br>MCDONALD'S CORPORATION | DEFENDANTS |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants, D & D Foods, Inc., d/b/a McDonald's, and McDonald's Corporation on the claims of James Todd and Venda Lee Todd. The complaint of James Todd and Venda Lee Todd is dismissed with prejudice.

IT IS SO ORDERED this 28th day of April, 2010.

*/s/ J. Leon Holmes*
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE